00420-

Order issued September 26, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01045-CV

**ANTHONY KNIGHT, Appellant**

**V.**

**LATONYA MINTER, Appellee**

## ORDER

The Court has before it appellant's September 12, 2012 motion for extension of time on amended appellant's brief. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on September 12, 2012 be timely filed as of today's date.

_____
MOLLY FRANCIS
JUSTICE